# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Susan Trammell | } | **Case No: 19-40004-JJR13** |
| SSN: XXX-XX-5498 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER APPROVING

This matter came before the Court on Thursday, December 02, 2021 10:15 AM, for a hearing on the following:

RE: Doc #68; Debtor's Notice of Intent to Sell

Proper notice of the hearing was given and appearances were made by the following:

Christopher R Messer, attorney for Susan Trammell (Debtor)
Linda Baker Gore (Trustee)
Timothy Pittman, attorney for U.S. Bank

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the Notice of Intent to Sell is APPROVED.

Dated: 12/02/2021

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
Chief United States Bankruptcy Judge